**DISMISS and Opinion Filed August 12, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00358-CV**

**TONY COMMINGS, KESIA SINGH AND ALL OTHER OCCUPANTS,**
**Appellants**
**V.**
**URBAN HIGH POINT, LP D/B/A HIGHPOINT TOWNHOMES, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-00873-2024**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcards dated March 26, 2024 and April 11, 2024, we notified appellants the $205 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated March 26, 2024, we informed appellants the docketing statement was due and directed appellants to file the docketing statement within ten days. By letter dated July 16, 2024, we informed appellants the clerk's record had not been filed because appellants had not paid for

the clerk's record. We directed appellants to provide, within ten days, verification they (1) had either paid for or made arrangements to pay for the clerk's record, or (2) are entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240358F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

TONY COMMINGS, KESIA SINGH AND ALL OTHER OCCUPANTS, Appellant

No. 05-24-00358-CV            V.

URBAN HIGH POINT, LP D/B/A HIGHPOINT TOWNHOMES, Appellee

On Appeal from the County Court at Law No. 5, Collin County, Texas Trial Court Cause No. 005-00873-2024.

Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered August 12, 2024.